BEFORE THE THIRD DIVISION, MAY 2, 1963

No. 67673.—J. M. Sutton Sons & Co. (H. W. Ebert Co.) *v.* United States, protest 58/10699 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.